CITY OF NEW ROCHELLE, Respondent, v. ALICE S. STEVENS, as Administratrix with the Will Annexed of CHARLES G. BANKS, Deceased, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Carswell, Adel, Wenzel and MacCrate, JJ. [See 279 App. Div. 933.]

■

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MILTON LOWENSTEIN, Respondent, against JANICE L. LOWENSTEIN, Appellant.— Motion to withdraw part of appeal granted, without costs. Motion to dispense with printing denied, without costs, and without prejudice to renewal after the settlement of a case on appeal. The appellant may proceed to make a case and cause the same to be settled, as provided in sections 575 and 576 of the Civil Practice Act and rules 230, 232 and 234 of the Rules of Civil Practice. Although the appeal is not from a judgment, the rules in respect to the abridgement of the record on an appeal from a judgment may be adapted to the practice on this appeal from an order in a special proceeding. (Capone v. Matteo Realty Corp., 241 App. Div. 845; Matter of the City of Rochester [Smith St. Bridge Widening], 234 App. Div. 647.) After the settlement of the case appellant, if so advised, may make a further application to this court to dispense with printing in part. Present — Nolan, P. J., Carswell, Adel, Wenzel and MacCrate, JJ.

■

In the Matter of the Accounting of CITY BANK FARMERS TRUST COMPANY, as Substituted Trustee under the Will of DAVID F. MANNING, Deceased, Respondent. WILLIAM A. MANNING, Appellant; WILLIAM A. FISCHER, Respondent.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Carswell, Adel, MacCrate and Schmidt, JJ. Motion for reargument denied, without costs. The time of respondent City Bank Farmers Trust Company to notice for settlement its proposed counter order is extended until five days after the entry of the order hereon. Present — Carswell, Acting P. J., Johnston, Wenzel, MacCrate and Schmidt, JJ. [See 280 App. Div. 996.]

■

In the Matter of FRANCIS P. ROHAN, an Attorney. WESTCHESTER COUNTY BAR ASSOCIATION.— Motions to confirm report and supplemental report of Official Referee granted and reports confirmed except as to the extent of discipline. The respondent is suspended from the practice of the law for a period of five years. Present — Carswell, Adel, Wenzel and MacCrate, JJ.; Nolan, P. J., not voting.

■

In the Matter of INEZ YANCEY, Respondent. NEW CHAPEL BAPTIST CHURCH, Appellant.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Carswell, Adel, Wenzel and MacCrate, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Johnston, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ. [See ante, p. 687.]

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK JOSEPH PEZZANO, Appellant.— Motion for reargument denied. Present — Nolan, P. J., Carswell, Adel, Wenzel and MacCrate, JJ. [See 252 App. Div. 864.]